UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAMES ALLEN SMITH,

   Plaintiff,

v.               CAUSE NO. 3:22-CV-159-DRL-MGG

ST. JOSEPH COUNTY JAIL *et al.*,

   Defendants.

## OPINION AND ORDER

James Allen Smith, a prisoner without a lawyer, filed a complaint which did not state a claim. ECF 5. He was granted until May 16, 2022, to file an amended complaint. *Id*. He was cautioned the case would be dismissed without further notice if he did not respond by the deadline. *Id*. The deadline passed. He hasn't responded.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because it does not state a claim for which relief can be granted.

SO ORDERED.

May 24, 2022              *s/ Damon R. Leichty*
                    Judge, United States District Court