# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMES ALLEN SMITH

        Plaintiff

  v.

Civil Action No. 3:22-cv-159

ST JOSEPH COUNTY JAIL
TERMINATED: 04/11/2022

WILLIAM J REDMAN
Sheriff

TODD H SHEPHERD
Chief of Police

GARRETT W FIELDS
Asst Chief Police

OLMSTEAD
Warden of St Joseph County Jail

ST JOSEPH COUNTY
TERMINATED: 04/11/2022

        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty.

DATE: 5/24/2022                    GARY T. BELL, CLERK OF COURT

                                   by   s/ S. Jarrell
                                   *Signature of Clerk or Deputy Clerk*